# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**STATE OF FLORIDA,**

    **Plaintiff,**

**v.**                                                                     **Case No. 3:13cv593-MCR/CJK**

**MICHAEL EARL BEASLEY,**

    **Defendant.**

_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 21, 2013 (doc. 3), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is adopted and incorporated by reference in this order.

2. Defendant's removal of this case is DISMISSED as improper.

3. The Clerk shall REMAND this case, including state court case numbers 2012-CF-5533, 2013-CF-2081, 2013-MM-1455, 2013-MM-5196 and 2013-MM-190765, to the Circuit Court for Escambia County, Florida.

4. The Clerk is directed close this file.

**DONE and ORDERED** this 13th day of December, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**